IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHANTE HAYES, individually and on behalf of others similarly situated,

        Plaintiffs,

  v.

UMPQUA BANK and DOES 1 through 100,

        Defendants.

No. 3:20-cv-00684-AC

ORDER

HERNÁNDEZ, District Judge:

      Magistrate Judge John Acosta issued a Findings and Recommendation on August 4, 2020, in which he recommends that this Court deny Angela Winamaki's Motion to Intervene and Motion to Stay and Plaintiff's joinder in Angela Winamaki's Motion to Stay. F&R, ECF 31. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 33. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS  Magistrate Judge Acosta's Findings and Recommendation [31]. Therefore, Angela Winamaki's Motion for Stay [19], joined by Plaintiff [22], and Angela Winamaki's Motion to Intervene [17] are DENIED.

IT IS SO ORDERED.


DATED:  February 18, 2021         .


_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER