John M. Coletti, OSB No.942740
Email: john@paulsoncoletti.com
Paulson Coletti Trial Attorneys PC
1022 NW Marshall Street, Ste. 450
Portland, OR 97209
Tel: (503) 226.6361

Taras Kick, CA Bar No. 143379*
Email: taras@kicklawfirm.com
The Kick Law Firm, APC
815 Moraga Drive
Los Angeles, CA 90049
Tel: (310) 395.2988

Kevin Roddy, NYSBA No. 652585*
Email: kroddy@wilentz.com
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Tel: (732) 636.8000

**pro hac vice*
Attorneys for Plaintiff Shante Hayes
and the Putative Class

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| SHANTE HAYES, individually, and on behalf of others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>UMPQUA BANK and DOES 1 through 100,<br><br>　　Defendants. | Case No. 3:20-cv-00684-AC<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shante Hayes hereby voluntarily dismisses this action without prejudice. Defendant Umpqua Bank has not answered or filed a motion for summary judgment in this case.

Dated: March 4, 2021                    Respectfully submitted,

                                            THE KICK LAW FIRM, APC

                                            _/s/ Taras Kick_____

                                            John Coletti
                                            john@paulsoncoletti.com
                                            Paulson Coletti
                                            1022 NW Marshall Street, Suite 450
                                            Portland, OR 97209
                                            Telephone: (503) 862-8712

                                            Taras Kick, CA Bar No. 143379*
                                            Taras@kicklawfirm.com
                                            THE KICK LAW FIRM, APC
                                            815 Moraga Drive
                                            Los Angeles, California 90049
                                            Telephone: (310) 395-2988
                                            Facsimile: (310) 395-2088
                                            Taras@Kicklawfirm.com
                                            *_Pro Hac Vice_ granted

                                            Kevin Roddy – NYSBA # 652585*
                                            90 Woodbridge Center Drive, Suite 900
                                            Woodbridge, NJ  07095
                                            Telephone:  (732) 636-8000
                                            Facsimile:  (732) 726-6686
                                            E-mail:  kroddy@wilentz.com
                                            *_Pro Hac Vice_ granted